UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-24730-CIV-UNGARO/O'SULLIVAN

ROBERTO SILVERA SANCHEZ,
        Plaintiff,

v.

BP EXPLORATION & PRODUCTION, INC.,
and BP AMERICA PRODUCTION COMPANY,
,
        Defendants.
_____/

## ORDER

THIS MATTER came before the Court on BP Exploration & Production Inc.'s Motion to Compel Better Discovery Responses (DE # 22, 1/14/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED BP Exploration & Production Inc.'s Motion to Compel Better Discovery Responses (DE # 22, 1/14/19) is GRANTED. On or before February 28, 2019, the plaintiff shall provide complete responses to BP Exploration & Production Inc.'s first requests for production and first set of interrogatories.

DONE and ORDERED, in chambers, in Miami, Florida, this 14th day of February, 2019.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE